17169. MARTIN *v.* THE STATE.

LUKE, J. The conviction was fully authorized, and, when the charge of the court is read as a whole, the grounds of the motion for a new trial which attack it, do not require a reversal of the judgment overruling the motion.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., not participating, on account of illness.*

DECIDED APRIL 14, 1926.

Conviction of possession of liquor; from Jeff Davis superior court —Judge Highsmith. January 4, 1926.

*J. B. Moore,* for plaintiff in error.

*W. B. Gibbs, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1050, n. 84.

15521. KOKOMO RUBBER COMPANY *v.* ANDERSON.

BELL, J. The Supreme Court having reversed the judgment of this court which reversed the judgment of the trial court (33 *Ga. App.* 241), the judgment of this court is vacated, and the opinion rendered in connection therewith is withdrawn. Under the decision and judgment of the Supreme Court, there was no merit in any of the grounds of the demurrer, nor of the motion for new trial (162 *Ga.,* 132 S. E. 76).

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED APRIL 20, 1926.

Action for damages; from Fulton superior court—Judge Ellis. January 19, 1924.

*H. A. Etheridge, Little, Powell, Smith & Goldstein,* for plaintiff in error.

*McDaniel & Neely, Harry L. Greene,* contra.

Appeal and Error, 4 C. J. p. 1247, n. 33 New.